42,441-01,02,03,04

MR. SADIQ ADELEKE, #792196
LYNAUGH UNIT
1098 HWY 2037
FT-STOCKTON, TX. 79735
4/2/15

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

THE CLERK,
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TX.

Dear Clerk,                                    Re: 42,441-01

        I will like to know the date when writ of mandamus banded together with motion to amend original writ of habeas corpus is received and filed in Court.

        Thank you for your time.

                                    Respectfully Yours,
                                    Sadiq Adeleke.